THE ATKIN FIRM, LLC
Formed in the State of New Jersey
By:     John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.63.37.82,<br><br>Defendant. | Case No. 3:19-cv-10282-AET-TJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 173.63.37.82 are voluntarily dismissed without prejudice.

DATED: September 6, 2019

Respectfully submitted,

THE ATKIN FIRM, LLC

*Attorneys for Plaintiff,
Strike 3 Holdings, LLC*

*/s/ John C. Atkin, Esq.*
John C. Atkin, Esq.

It is so ordered this _13_ day of _January_, 20_20_.

_Anne E. Thompson_
Anne E. Thompson, U.S.D.J.